UNITED STATES of America,
Plaintiff–Appellee,

v.

Porteal GROOM, Defendant–Appellant.

No. 01–7227.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Mark Jeffery Kadish, Atlanta, GA, for appellant. David Ira Salem, Assistant United States Attorney, Greenbelt, MD, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Porteal Groom seeks to appeal the district court's order denying his motion filed

under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Groom's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Groom,* Nos. CR–95–294–PJM; CA–99–2881–PJM (D. Md. filed May 24, 2001 & entered May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*